UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Clarence Frost,<br>Individually and on behalf of all others similarly situated,<br><br>Tammy Frost,<br>Individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Intrinsic Trading LLC,<br><br>        Defendant. | Case No. 24-CV-1096 (JMB/LIB)<br><br>**ORDER OF DISMISSAL** |

---

This matter is before the Court on Plaintiff Clarence Frost's and Plaintiff Tammy Frost's Notice of Voluntary Dismissal. (Doc. No. 11.) Plaintiffs wish to dismiss their Complaint (Doc. No. 1) against Defendant Intrinsic Trading LLC under Rule 41(a)(1)(A)(i) and have filed a Notice of Voluntary Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 8, 2024
                                        /s/ Jeffrey M. Bryan
                                        Judge Jeffrey M. Bryan
                                        United States District Court