# UNITED STATES DISTRICT COURT
## District of Minnesota

Clarence Frost and Tammy Frost,

        Plaintiff(s),

v.

Intrinsic Trading LLC,

        Defendant(s),

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-1096 JMB/LIB

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE.

Date: 5/9/2024

                    KATE M. FOGARTY, CLERK